**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

WILLIAM WIGLEY
ADC #93254                                                                                                    PLAINTIFF

V.                                         5:04CV00120 GH/JTR

JUSTINE MINOR, Disciplinary Hearing Officer,
Arkansas Department of Correction, et al.                                                    DEFENDANTS

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be granted, and Judgment is entered in favor of Defendants on all claims set forth in this action. Dismissal of this action constitutes a "strike," as defined by 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 27th day of January, 2006.

*George Howard, Jr.*
UNITED STATES DISTRICT JUDGE